UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS KINKEADE, | No. 2:15-cv-1375 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

In this civil rights action by a prisoner proceeding pro se, the current discovery deadline is November 18, 2016. (ECF No. 20.) Defendant Oddie has filed a motion to modify the discovery and scheduling order, as it appears that plaintiff is in the process of obtaining counsel. (ECF No. 24; see ECF No. 23.) Under the circumstances, the court will stay discovery for a period of two weeks, during which time an attorney may substitute in as plaintiff's attorney of record in this action. See L.R. 182. At the close of the two-week period, if the parties have not stipulated to a new discovery and motion schedule, the court will make further orders as needed.

Accordingly, IT IS SO ORDERED that:

1. Defendant Oddie's motion to modify the discovery and scheduling order (ECF No. 24) is granted as set forth below;

2. Discovery in this action is stayed for a period of fourteen (14) days from the date of this order;

3. The discovery and pretrial motion deadlines (ECF No. 20) are hereby vacated; and

4. If the parties have not stipulated to a new discovery and motion schedule by the end of the two-week period, the court will make further orders as needed.

Dated:  November 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kink1375.stay