UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS KINKEADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1375 TLN CKD P<br><br><br>ORDER |

Good cause appearing, the court makes the following orders:

1. Plaintiff's request for substitution of attorney pursuant to L.R. 182(g) (ECF No. 27) is granted;

2. Plaintiff's motion for modification (ECF No. 29) is granted;

3. Counsel for the parties may meet and confer no later than December 14, 2016; and

4. Counsel for the parties shall file a jointly proposed discovery schedule no later than December 21, 2016.

　　　IT IS SO ORDERED.

Dated:  December 1, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2/kink1375.ord

1