LAW OFFICE OF KEN I. KARAN
Ken I. Karan, Esq., California State Bar No. 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, CA 92106
(760) 420-5488
Fax (866) 841-5420
kkaran.law@gmail.com
*Attorney for Plaintiff Carlos Kinkeade*

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
ASEIL MOHMOUD, State Bar No. 300132
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-3304
 Fax: (916) 324-5205
 E-mail: Aseil.Mohmoud@doj.ca.gov
*Attorneys for Defendant Oddie*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS KINKEADE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY BEARD, et al.,<br><br>Defendants. | Case No. 2:15-cv-1375 TLN CKD (PC)<br><br>JOINT SCHEDULING REPORT |

In compliance with the Court's Order dated December 1, 2016, (ECF No. 30) setting December 21, 2016, as the date by which the parties are to submit a proposed schedule, and under Federal Rules of Civil Procedure, Rule 16, the parties, by and through their attorneys of

record, submit the following Joint Scheduling Report. Should the Court set a scheduling conference, counsel for both parties request permission to appear telephonically.

PROPOSED SCHEDULE

| | |
|---|---|
| Initial disclosures | January 4, 2017 |
| Deadline for amendments to pleadings | April 1, 2017 |
| By agreeing to a deadline to amend the pleadings, Defendants are not waiving any rights to object or oppose any such motion. | |
| Non−expert discovery cut−off date | July 17, 2017 |
| Discovery motion cut-off (filing) | July 17, 2017 |
| Expert Disclosure | August 7, 2017 |
| Supplemental disclosure of rebuttal expert witnesses | August 21, 2017 |
| Expert discovery cut−off date | September 6, 2017 |
| Dispositive motions (filing) | October 6, 2017. |
| Pre−Trial Conference date | December 5, 2017 |
| Trial Date | February 5, 2018 |

Dated: December 20, 2016           /s/Ken I. Karan
                                   KEN I. KARAN, ESQ.
                                   *Attorney for Plaintiff Carlos Kinkeade*

Dated: December 20, 2016           /s/Aseil Mohmoud
                                   ASEIL MOHMOUD, ESQ.
                                   *Attorney for Defendant Oddie*

ORDER

Having reviewed the parties' Joint Scheduling Report, the Court enters the following order:

| | |
|---|---|
| Initial disclosures | January 4, 2017 |
| Deadline for amendments to pleadings | April 1, 2017 |
| Non−expert discovery cut−off date | July 17, 2017 |
| Discovery motion cut-off (filing) | July 17, 2017 |
| Expert Disclosure | August 7, 2017 |
| Supplemental disclosure of rebuttal expert witnesses | August 21, 2017 |
| Expert discovery cut−off date | September 6, 2017 |
| Dispositive motions (filing) | October 6, 2017 |

The court will set pretrial and trial dates after dispositive motions are resolved, if needed.

IT IS SO ORDERED.

Dated:  December 22, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE