IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CARLOS KINKEADE,** | 2:15-cv-1375 TLN CKD (PC) |
| Plaintiff, | |
| v. | **ORDER** |
| **JEFFERY BEARD, et al.,** | |
| Defendants. | |

Upon review of the parties' stipulation to extend the discovery motion filing deadline, **IT IS ORDERED** that the discovery motion filing deadline currently set for July 17, 2017, is extended to July 21, 2017.

Dated: July 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER (2:15-cv-1375 TLN CKD (PC))