UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARLOS KINKEADE, | ) | Case No. 2:15-cv-1375 TLN CKD (PC) |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ON PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |
| JEFFERY BEARD, et al., | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | Complaint Filed: June 29, 2015<br>Hearing Date: August 23, 2107<br>Time: 10:00 a.m.<br>CTRM.: 24<br>Judge: Hon. Carolyn K. Delaney |

  Before the Court is Plaintiff's request to extend the time to oppose Defendant's motion for sanctions (ECF 84) by continuing the hearing date set for August 23, 2017.

  The Court finds that Plaintiff's hospitalizations have restricted his ability to communicate with counsel and provide his response to the motion.

  Good cause being found, the Court grants the request as follows:

  The Court orders that the hearing date for Defendant's motion for sanctions is continued to September 6, 2017. Plaintiff's opposition is due seven days prior to the continued hearing date. Defendant's reply, if any, is due two days prior to the continued hearing date. Plaintiff is cautioned that no further extensions of time shall be granted.

On the court's own motion, the hearing on plaintiff's motion to compel (ECF NO. 81) is also continued to September 6, 2017. Plaintiff's counsel is permitted to appear telephonically at this hearing and is ordered to follow the same instructions as provided in previous orders.

IT IS SO ORDERED.

Dated: August 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE