UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS KINKEADE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-01375-TLN-CKD P<br><br><br>ORDER |

On April 10, 2017, the Magistrate Judge issued an order denying Plaintiff's Request for Order Extending Deadline for Motion to Amend (ECF No. 47) and Motion for Order Granting Leave to Amend the Complaint (ECF No. 53). (ECF No. 55.) On July 20, 2017, Plaintiff filed his Request for Reconsideration by the District Court of Magistrate Judge's Ruling pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 303. (ECF No. 83.) Rule 72(a) permits a party to object to a non-dispositive pretrial order of a magistrate judge within fourteen days after service of the order. Fed. R. Civ. P. 72(a). If "timely objections" are filed, "[t]he district judge in the case must consider [them] and modify or set aside any part of the order that is clearly erroneous or contrary to law." *Id*. Local Rule 303 describes a request that the assigned district court judge review the magistrate judge's non-dispositive pre-trial order under the "'clearly erroneous or contrary to law' standard" as a "Request for Reconsideration by the District Court of Magistrate Judge's Ruling." L.R. 303 (c), (f). Local Rule 303(b) requires that such a request be

made within 14 days of the challenged order.  *See* L.R. 303(b).  As the magistrate judge's order was issued on April 10, 2017, Plaintiff's request for reconsideration of that order on July 20, 2017, is untimely under both Rule 72(a) and Local Rule 303(b).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Reconsideration by the District Court of Magistrate Judge's Ruling (ECF No. 83) is DENIED.

Dated: August 16, 2017

Troy L. Nunley
United States District Judge