UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARLOS KINKEADE, | No. 2:15-cv-01375 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFFERY BEARD, et al., | |
| Defendants. | |

Plaintiff, a deceased former state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983. In accordance with the September 10, 2018 court order, the dispositive motions deadline in this case is reset to December 14, 2018. Pretrial conference and trial dates will be set as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

Accordingly, IT IS HEREBY ORDERED that the parties are ordered to file any dispositive motion on or before December 14, 2018.

Dated: September 12, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/kink1375.schedule.docx

1