# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARLOS KINKEADE, as real party in interest,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY BEARD, et al.,<br><br>Defendants. | Case No. 2:15-cv-1375 TLN CKD (PC)<br><br>[~~PROPOSED~~] ORDER ON REQUEST TO SEAL DOCUMENTS<br><br>Complaint Filed: June 29, 2015<br>Date: January 30, 2019<br>Time: 10:00 a.m.<br>CTRM.: 24<br>Judge: Magistrate Judge Carolyn Delaney |

Before the Court is Plaintiff's Request to Seal Documents. Good cause being found, the Court grants the request as follows:

The documents made part of the request are sealed in their entirety. The documents may be referred to in unsealed Court filings by referring to "Sealed Documents" and the page number.

SO ORDERED.

Dated: January 31, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE